# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIANLIANG ZHU and JOYCE ALLEN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY; AMERICAN SPECIALTY HEALTH INCORPORATED; and AMERICAN SPECIALTY HEALTH GROUP, INC.,<br><br>Defendants. | Case No. 2:18-cv-02927-NIQA |

**[PROPOSED] ORDER STAYING ACTION PENDING CONSOLIDATION WITH RELATED ACTIONS UPON PRELIMINARY APPROVAL OF SETTLEMENT**

WHEREAS, on September 14, 2018, Defendants filed motions to dismiss in this action, and those motions remain pending and have not yet been fully briefed;

WHEREAS, Plaintiffs Jianliang Zhu and Joyce Allen, Defendants, and plaintiffs in the related actions captioned *Lietz v. Cigna Corp.*, Case No. 2:16-03967-NIQA (E.D. Pa.) (the "*Lietz* Action"), and *Kilroy v. Cigna Corp.*, Case No. 2:18-cv-01557-NIQA (the "*Kilroy* Action") have now reached a settlement resolving this action, the *Lietz* Action, and the *Kilroy* Action;

WHEREAS, on March 26, 2019, Mr. Zhu, Ms. Allen, and the plaintiffs in the *Lietz* and *Kilroy* Actions filed a motion in the *Lietz* Action (Case No. 2:16-03967-NIQA, ECF No. 86) for preliminary approval of the settlement;

WHEREAS, the parties to this action have jointly moved for a stay pending consolidation of this action with the *Lietz* and *Kilroy* actions upon preliminary approval of the settlement;

2

**AND NOW**, this __ day of March, 2019, it is hereby **ORDERED** that

1. This action is hereby stayed pending the Court's ruling on the preliminary approval motion filed in the *Lietz* Action (Case No. 2:16-03967-NIQA, ECF No. 86); and

2. Upon preliminary approval of the settlement filed in the *Lietz* Action, without further order of the Court, this action will hereby be consolidated with the *Lietz* Action and *Kilroy* Action, under the caption *In re Cigna-American Specialty Health Administrative Fee Litigation*, Case No. 2:16-cv-03697-NIQA, and the proposed Consolidated Class Action Complaint attached as Exhibit 1 to the parties' settlement agreement as filed in the *Lietz* Action (Case No. 2:16-03967-NIQA, ECF No. 87-001) shall be deemed to be the operative complaint in the consolidated action.

                        **BY THE COURT:**

                        _____
                        **NITZA I. QUIÑONES ALEJANDRO**
                        *Judge, United States District Court*